C. A. No. 74-89. STATE *v.* LEO DESROCHES. The motion of stand-by counsel, Martin Malinou, for counsel fees is granted. Counsel is awarded an interim fee of $1500 for services rendered and to be rendered in the case. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Martin Malinou*, for defendant.

APPEAL No. 75-219. JOSEPH NELSON *et al. v.* DEBORAH PETRONE. Plaintiffs' motion for oral argument on their petition to reargue is denied.

The plaintiffs' petition to reargue is denied. *Abedon & Visconti Ltd., Girard R. Visconti*, for plaintiffs. *Raymond A. La-Fazia*, for defendant.

APPEAL No. 76-87. STATE *v.* NICHOLAS PALMIGIANO. The defendant's motion that he be allowed to be present during oral argument of this case is denied. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, Richard A. Gonnella*, Asst. Public Defenders, for defendant.